Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: Richard@vilkinlaw.com
*Attorneys for defendant Nevada Association Services, Inc. ("NAS")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COTTONWOOD AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION; EDWARD KIELTY TRUST; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00310-RFB-CWH<br><br>STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC. (DKT. 10) |

The undersigned parties to the Motion filed by defendant Nevada Association Services, Inc. ("NAS") to Dismiss the Complaint of plaintiff Bank of America, N.A. (Dkt. 10) hereby stipulate and agree that the court order that said Motion is withdrawn and shall not be acted upon by the court and that NAS shall have ten (10) days from entry of said Order withdrawing said Motion to file its Answer to the Complaint. IT IS SO STIPULATED AND AGREED.

Date: April 11, 2016          LAW OFFICES OF RICHARD VILKIN, P.C.

                              /s/ Richard Vilkin

                              By: _____
                              Richard Vilkin
                              Nevada Bar No. 8301

```
                                          1286 Crimson Sage Ave.
                                          Henderson, NV 89012
                                          Phone: (702) 476-3211
                                          Attorneys for defendant Nevada
                                             Association Services, Inc. ("NAS")


Date: April 11, 2016                      AKERMAN, LLP

                                              /s/ Miles N. Clark

                                          By: _____
                                              Miles N. Clark, Esq.
                                              Nevada Bar No. 13848
                                              1160 S. Town Center, Suite 330
                                              Las Vegas, NV
                                              Phone: (702) 634-5015
                                              Attorneys for plaintiff Bank of
                                                 America, N.A.
```

## ORDER

IT IS ORDERED that the Motion to Dismiss filed by defendant Nevada Association Services, Inc. (Dkt. 10) is withdrawn and shall not be acted upon by the court and NAS shall have ten (10) days from entry of this Order to file an Answer to the Complaint.

Date: April 26, 2016

_____
RICHARD F. BOULWARE, II
United States District Judge

Certificate of E-Service

On April 11, 2016, I served the foregoing STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC. (DKT. 10) through the court's PACER system by filing this document on PACER and having it automatically e-served on all parties and counsel who have appeared in this case.

I declare the above is true and correct. Executed this 11th day of April, 2016 at Henderson, Nevada. /s/ Richard Vilkin

_____
Richard Vilkin