ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
WILLIAM S. HABDAS
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           melanie.morgan@akerman.com
           rebekkah.bodoff@akerman.com
           william.habdas@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>                    Plaintiff, <br><br>vs. <br><br>COTTONWOOD AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION; EDWARD KIELTY TRUST; AND NEVADA ASSOCIATION SERVICES, INC., <br><br>                    Defendants. <br><br>———————————————————— <br><br>EDWARD KIELTY TRUST, a Nevada Trust <br><br>                    Counterclaimant, <br><br>vs. <br><br>BANK OF AMERICA, N.A., a national bank; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive <br><br>                    Counterdefendants, | Case No.:  2:16-cv-00310-RFB-CWH <br><br>**STIPULATION TO TAKE DEPOSITION OF BO JONES OUTSIDE OF THE DISCOVERY DEADLINES** <br><br>**(First Request**) |

{39325496;1}

1

2  Bank of America, N.A., Cottonwood at Sunrise Mountain Homeowners Association, Edward
3  Kielty Trust, and Nevada Association Services, Inc. respectfully submit the following stipulation
4  requesting to take Bo Jones' deposition outside of the discovery deadline.  This is the parties' first
5  request to take a deposition outside of the discovery deadline.

6  Discovery in this case closes on September 6, 2016.  ECF No. 21, ¶ 1.  The parties have
7  participated in discovery in good faith.  After BANA timely took each of defendants' depositions,
8  BANA learned Bo Jones purchased the property on Kielty Trust's behalf.  On August 15, 2016,
9  BANA served a subpoena to Bo Jones, c/o Luis A. Ayon, noticing Bo Jones' deposition for
10 September 1, 2016 at 1:00 p.m.  On the day of the noticed deposition, BANA learned Bo Jones was
11 on vacation and would not be appearing for her September 1 deposition.  The parties have agreed to
12 take Bo Jones' deposition outside the discovery period.  BANA intends to re-notice Bo Jones'
13 deposition for September 9, 2016 at 1:00 p.m.  The parties' agreement to reschedule Bo Jones'
14 deposition will not affect any other deadlines in this case.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

{39325496;1}                    2

**AKERMAN LLP**
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties request the court allow BANA to take Bo Jones' deposition on September 9, 2016. In the event a subsequent conflict arises with the September 9, 2016 deposition, the parties request the court allow BANA to take Bo Jones' deposition up to and including September 15, 2016.

Dated this 1st day of September, 2016.

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
WILLIAM HABDAS
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 1st day of September, 2016.

**MAIER GUTIERREZ AYON**

*/s/ Margaret E. Schmidt*
LUIS AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101

*Attorneys for Edward Kielty Trust*

Dated this 1st day of September, 2016.

**TYSON & MENDES, LLP**

*/s/ Thomas E. McGrath*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
8725 S. Eastern Avenue, Suite 115
Las Vegas, Nevada 89123

*Attorneys for Cottonwood at Sunrise Mountain Homeowners Association*

Dated this 1st day of September, 2016. **LAW OFFICES OF RICHARD VILKIN, P.C.**

*/s/ Richard E. Vilkin*
RICHARD E. VILKIN, ESQ.
Nevada Bar No. 8301
1286 Crimson Sage Ave.
Henderson, Nevada 89012

*Attorney for Nevada Association Services, Inc.*

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: September 6, 2016