ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
WILLIAM S. HABDAS
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       melanie.morgan@akerman.com
       rebekkah.bodoff@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>COTTONWOOD AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION; EDWARD KIELTY TRUST; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00310-RFB-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| EDWARD KIELTY TRUST, a Nevada Trust<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national bank; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive<br><br>Counterdefendants, | |

Bank of America, N.A. (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

{41039599;1}   1

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., MELANIE D. MORGAN, ESQ., and REBEKKAH B. BODOFF, ESQ. receive all future notices.

Respectfully submitted, this 1st day of March, 2017.

**AKERMAN LLP**

/s/ *Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: March 3, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 1st day of March, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/ Michael Hannon
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{41039599;1}

3