Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: Richard@vilkinlaw.com
*Attorneys for defendant Nevada Association Services, Inc. ("NAS")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COTTONWOOD AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION; EDWARD KIELTY TRUST; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00310-RFB-CWH<br><br>SUBSTITUTION OF ATTORNEYS BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC. |

SUBSTITUTION OF ATTORNEYS

Defendant Nevada Association Services, Inc. hereby substitutes Christopher V. Yergensen, Esq. (Nevada Bar No. 6183), 6224 W. Desert Inn Road, Las Vegas, NV 89146, (702) 804-8885, as attorney of record in place and stead of Law Offices of Richard Vilkin, P.C.

Date: MARCH 10, 2017

_____
Joel E. Just, President
Nevada Association Services, Inc.

I consent to the above substitution.

Date: MARCH 11, 2017

_____
Richard Vilkin

- 1 -

I am duly admitted to practice in this District.  Above substitution accepted.

Date: MARCH 10, 2017

Christopher V. Yergensen, Nev. Bar No. 6183

IT IS SO ORDERED.

DATED:  March 13, 2017

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Certificate of E-Service

On __MARCH 11__, 2017, I served the foregoing SUBSTITUTION OF ATTORNEYS BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC. through the court's PACER system by filing this document on PACER and having it automatically e-served on all parties and counsel who have appeared in this case.

I declare the above is true and correct. Executed this __11TH__ day of __MARCH__, 2017 at Henderson, Nevada.

_____
Richard Vilkin