LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89147
Telephone: (702) 600-3200
Facsimile: (702) 947-7110
*E-Mail:* *laa@ayonlaw.com*

*Attorneys for Defendant*
*Edward Kielty Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br>v.<br><br>COTTONWOOD AT SUNRISE MOUNTAIN HOMEOWNERS ASSOCIATION; EDWARD KIELTY TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00310-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT [ECF NO. 56]**<br><br>**(FIRST REQUEST)** |
| AND RELATED ACTIONS. | |

Plaintiff Bank of America, N.A. and Defendant Edward Kielty Trust hereby stipulate as follows:

///

///

///

///

///

///

///

///

///

///

1

**STIPULATION**

1. Defendant Edward Kielty Trust requests additional time to file its motion for summary judgment until **May 29, 2019**, and counsel for Bank of America, N.A. does not object to the request;

2. The current deadline to file dispositive motions is May 13, 2019;

3. Bank of America, N.A. shall have until **June 18, 2019** to file its Response to Edward Kielty Trust's Motion for Summary Judgment and its Amended Reply in Support of its Motion for Summary Judgment;

4. Defendant Edward Kielty Trust shall have until **June 26, 2019** to file its Reply in Support of its Motion for Summary Judgment.

DATED this 30th day of May, 2019.

| | |
|---|---|
| **AKERMAN, LLP** | **AYON LAW, PLLC** |
| */s/ Rex Garner* | */s/ Luis A. Ayon* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* | LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant*<br>*Edward Kielty Trust* |

**ORDER**

IT IS SO ORDERED:

DATED this  31st day  of   May  , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
*Attorneys for Defendant, Edward Kielty Trust*

2